Submitted June 29, affirmed July 28, petition for review denied November 4, 2021 (368 Or 702)

In the Matter of G. L. T.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

D. L. H.,
*Appellant.*

Jackson County Circuit Court
20JU04703; A174966 (Control)

In the Matter of R. J. T.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

D. L. H.,
*Appellant.*

Jackson County Circuit Court
20JU04704; A174967

In the Matter of J. C. T.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

D. L. H.,
*Appellant.*

Jackson County Circuit Court
20JU04705; A174962

In the Matter of E. J. T.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

D. L. H.,
*Appellant.*

Jackson County Circuit Court
20JU04706; A174965

491 P3d 833

Benjamin M. Bloom, Judge.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Holly Telerant, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Carson L. Whitehead, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

Mother appeals a dependency judgment taking jurisdiction over four of her children. On appeal, she challenges the sufficiency of the evidence supporting the juvenile court's determination that it had jurisdiction over each child. Having reviewed the record, we disagree that there is insufficient evidence to support the juvenile court's jurisdiction determination. Mother also raises an unpreserved challenge to the court's legal authority to order her to participate in a psychological evaluation. Even assuming the court erred, and plainly so, mother has since completed the psychological evaluation and has not explained on appeal how, under those circumstances, a ruling in her favor would afford her meaningful relief; we therefore would decline to exercise our discretion to correct the alleged error.

Affirmed.